[No. 28098-8-I. Division One. August 3, 1992.]

*In the Matter of the Marriage of* VICTORIA E. KEYS, *Respondent, and* JAMES E. KEYS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-3-07218-5, James D. McCutcheon, Jr., J., entered December 27, 1990. *Affirmed in part* and *reversed*

*in part* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Scholfield, J.